**IN UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Deborah Lindenberger, *individually and on behalf of all others similarly situated*, <br><br> Plaintiff, <br><br> v. <br><br> Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, Does 1-20, Scott Soli, Chief Executive Officer of LCO Financial Services, *in their official capacity*, Lee Harden, Chief Operating Officer of LCO Financial Services, *in their official capacity*, Anoosh Motamedi, Chief Information Officer of LCO Financial Services, *in their official capacity*, Trina Starr, Director of Operations of LCO Financial Services, *in their official capacity*, Louis Taylor, Chairperson of the LCO Tribal Governing Board, *in their official capacity*, Lorraine Gouge, Vice-Chairperson of the LCO Tribal Governing Board, *in their official capacity*, Tweed Shuman, Secretary/Treasurer of the LCO Tribal Governing Board, *in their official capacity*, Glenda Barber, LCO Tribal Governing Board Council Member, *in their official capacity*, Don Carley, LCO Tribal Governing Board Council Member, *in their official capacity*, Gary "Little Guy" Clause, LCO Tribal Governing Board Council Member, *in their official capacity*, Michelle Beaudin, LCO Tribal Governing Board Council Member, *in their official capacity*, <br><br> Defendants. | Case No. 3:22-cv-00427 |

<u>**DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) AND 12(B)(6)**</u>

Defendants Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., Dimension Credit (Cayman), L.P., David Johnson, Kirk Chewning, Kim Anderson, and Jay Clark (collectively, the "Defendants"), by counsel, hereby move to dismiss Plaintiff's Complaint pursuant to Rules 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure.  The reasons and grounds supporting this Motion are more specifically set forth in the accompanying Memorandum in Support, which is incorporated by reference herein.

WHEREFORE, Defendants respectfully request that the Court enter an Order dismissing Plaintiff's Complaint with prejudice, and grant such other and further relief as the Court deems appropriate.

DATED: October 24, 2022　　　　　　　Respectfully submitted,


　　　　　　　　　　　　　　　　　　　*/s/ David N. Anthony*　　　　　　　
David N. Anthony
Harrison Scott Kelly
Timothy J. St. George
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
Fax: (804) 697-1889
Email: david.anthony@trouman.com
Email: scott.kelly@troutman.com
Email: tim.stegeorge@troutman.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., David Johnson, Kirk Chewning, and Jay Clark

_/s/ Matthew J. Fedor_

Matthew J. Fedor
Frank F. Velocci
Andrew L. Van Houter
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Dr.
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: matthew.fedor@faegredrinker.com
Email: frank.velocci@faegredrinker.com
Email: andrew.vanhouter@faegredrinker.com

_Attorneys for Defendant_
Dimension Credit (Cayman), L.P.


_/s/ Nicole Strickler_

Nicole Strickler
Katherine M. Saldanha Olson
MESSER STRICKLER BURNETTE, LTD.
225 West Washington Street
Suite 575
Chicago, IL 60606
Tel: (312) 334-3469
Fax: (212) 248-3141
Email: nstrickler@messerstrickler.com
Email: kolson@messerstrickler.com

_Attorneys for Defendant_
Kim Anderson

## <u>CERTIFICATE OF SERVICE</u>

I hereby certify that on October 24, 2022, I caused a true copy of the above document to be filed via the Court's CM/ECF electronic filing system, which constitutes service of the foregoing document on all counsel of record.

> John Albanese
> Sophia Rios
> Eleanor M. Drake
> BERGER MONTAGUE PC
> 1229 Tyler Street Ne Suite 205
> Minneapolis, MN 55413
> Tel: (612) 594-5997
> Fax: (612) 584-4470
> Email: jalbanese@bm.net
> Email: srios@bm.net
> Email: emdrake@bm.net
>
> *Counsel for Plaintiff*

_____/s/ David N. Anthony_____
David N. Anthony
