# IN UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF WISCONSIN

| | |
|---|---|
| Deborah Lindenberger, Bonita Harris, and Maria Duran, *individually and on behalf of all others similarly situated*,<br><br>                    Plaintiffs,<br><br>    v.<br><br>Cane Bay Partners VI, LLLP, Dimension Credit (Cayman), L.P., Strategic Link Consulting, LP, Esoteric Ventures, LLC, InfoTel International Ltd., M. Mark High, Ltd., Kirk Chewning, David Johnson, Kim Anderson, Jay Clark, Does 1-20, Scott Soli, Chief Executive Officer of LCO Financial Services, *in their official capacity*, Lee Harden, Chief Operating Officer of LCO Financial Services, *in their official capacity*, Anoosh Motamedi, Chief Information Officer of LCO Financial Services, *in their official capacity*, Trina Starr, Director of Operations of LCO Financial Services, *in their official capacity*, Louis Taylor, Chairperson of the LCO Tribal Governing Board, *in their official capacity*, Lorraine Gouge, Vice-Chairperson of the LCO Tribal Governing Board, *in their official capacity*, Tweed Shuman, Secretary/Treasurer of the LCO Tribal Governing Board, *in their official capacity*, Glenda Barber, LCO Tribal Governing Board Council Member, *in their official capacity*, Don Carley, LCO Tribal Governing Board Council Member, *in their official capacity*, Gary "Little Guy" Clause, LCO Tribal Governing Board Council Member, *in their official capacity*, Michelle Beaudin, LCO Tribal Governing Board Council Member, *in their official capacity*,<br><br>                    Defendants. | Case No. 3:22-cv-00427<br><br>Hon. William M. Conley |

## DEFENDANTS' MOTION TO DISMISS UNDER FED. R. CIV. P. 12(B)(1) and 12(B)(6)

Defendants Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., Dimension Credit (Cayman), L.P., David Johnson, Kirk Chewning, Kim Anderson, and Jay Clark (collectively, "Defendants"), by counsel, hereby move to dismiss Plaintiffs' First Amended Complaint pursuant to Rule 12(b)(1) and 12(b)(6) of the Federal Rules of Civil Procedure ("Motion"). The reasons and grounds supporting this Motion are more specifically set forth in the accompanying Memorandum in Support, which is incorporated by reference herein.

WHEREFORE, Defendants respectfully request that the Court enter an order dismissing Plaintiffs' First Amended Complaint with prejudice, and grant such other and further relief as the Court deems appropriate.

DATED: February 10, 2023                     Respectfully submitted,

                                                */s/ David Anthony*
David N. Anthony
Harrison Scott Kelly
Timothy J. St. George
TROUTMAN PEPPER HAMILTON SANDERS LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
Fax: (804) 697-1889
Email: david.anthony@trouman.com
Email: scott.kelly@troutman.com
Email: tim.stegeorge@troutman.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International, Ltd., M. Mark High, Ltd., David Johnson, Kirk Chewning, and Jay Clark

       */s/ Matthew J. Fedor*
Matthew J. Fedor
Frank F. Velocci
Andrew L. Van Houter
FAEGRE DRINKER BIDDLE & REATH LLP
1177 Avenue of the Americas, 41st Floor
New York, New York 10036
Tel: (212) 248-3140
Fax: (212) 248-3141
Email: matthew.fedor@faegredrinker.com
Email: frank.velocci@faegredrinker.com
Email: andrew.vanhouter@faegredrinker.com

*Attorneys for Defendant*
Dimension Credit (Cayman), L.P.


       */s/ Nicole Strickler*
Nicole Strickler
Katherine M. Saldanha Olson
MESSER STRICKLER BURNETTE, LTD.
142 W. Station Street
Barrington, IL 60010
Tel: (312) 334-3469
Fax: (212) 248-3141
Email: nstrickler@messerstrickler.com
Email: kolson@messerstrickler.com

*Attorneys for Defendant*
Kim Anderson

3

## CERTIFICATE OF SERVICE

I hereby certify that on February 10, 2023, I caused a true copy of the above document to be filed via the Court's CM/ECF electronic filing system, which constitutes service of the foregoing document on all counsel of record.

>John Albanese
>Sophia Rios
>Eleanor M. Drake
>BERGER MONTAGUE PC
>1229 Tyler Street Ne Suite 205
>Minneapolis, MN 55413
>Tel: (612) 594-5997
>Fax: (612) 584-4470
>Email: jalbanese@bm.net
>Email: srios@bm.net
>Email: emdrake@bm.net
>
>*Counsel for Plaintiff*

 */s/ David N. Anthony*
David N. Anthony