**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF WISCONSIN**

| | |
|---|---|
| Deborah Lindenberger, Bonita Harris, and Maria Duran, *individually and on behalf of all others similarly situated*, | Case No. 22-cv-427 |
| Plaintiffs, | District Judge William M. Conley<br>Magistrate Judge Stephen L. Crocker |
| v. | |
| Cane Bay Partners VI, LLLP, *et a.*, | |
| Defendants. | |

## <u>STIPULATION OF DISMISSAL</u>

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), Plaintiffs Deborah Lindenberger, Bonita Harris, and Maria Duran ("Plaintiffs") and Defendants Cane Bay Partners VI, LLLP, Strategic Link Consulting, LP, Esoteric Ventures, LLC, Infotel International Ltd., M. Mark High, Ltd., Dimension Credit (Cayman), L.P., David Johnson, Kirk Chewning, Kim Anderson, and Jay Clark (collectively, the "Non-Tribal Defendants"), and Specially-Appearing Defendants Glenda Barber, Michelle Beaudin, Don Carley, Lorraine Gouge, Lee Harden, Anoosh Motamedi, Gary Clause, Tweed Shuman, Scott Soli, Trina Starr, and Louis Taylor (collectively, the "Tribal Defendants;" and together with the Non-Tribal Defendants, "Defendants"; and together with Plaintiffs and the Non-Tribal Defendants, the "Parties"), by and through their counsel, hereby stipulate and agree to the dismissal with prejudice of the above-captioned action, with each party to bear their own fees and costs.

Date:  November 2, 2023

/s/John G. Albanese
E. Michelle Drake
John G. Albanese
BERGER MONTAGUE PC
1229 Tyler Street NE, Suite 205
Minneapolis, MN 55413
Telephone: (612) 594-5999
Facsimile: (612) 584-4470
emdrake@bm.net
jalbanese@bm.net

Sophia Rios
BERGER MONTAGUE PC
401 B Street, Suite 2000
San Diego, CA 92101
Telephone: (858) 252-6649
Facsimile: (215) 875-4604
srios@bm.net

*Attorneys for Plaintiffs*

/s/ *David N. Anthony*
David N. Anthony
Harrison Scott Kelly
Timothy J. St. George
TROUTMAN PEPPER HAMILTON SANDERS
LLP
1001 Haxall Point
Richmond, Virginia 23219
Tel: (804) 697-1200
Fax: (804) 697-1889
Email: david.anthony@trouman.com
Email: scott.kelly@troutman.com
Email: tim.st.george@troutman.com

*Attorneys for Defendants*
Cane Bay Partners VI, LLLP, Strategic Link
Consulting, LP, Esoteric Ventures, LLC, Infotel
International, Ltd., M. Mark High, Ltd., David
Johnson, Kirk Chewning, and Jay Clark

*/s/ Matthew J. Fedor*
Matthew J. Fedor
Frank F. Velocci
Andrew L. Van Houter
FAEGRE DRINKER BIDDLE & REATH LLP
600 Campus Dr.
Florham Park, New Jersey 07932
Tel: (973) 549-7000
Fax: (973) 360-9831
Email: matthew.fedor@faegredrinker.com
Email: frank.velocci@faegredrinker.com
Email: andrew.vanhouter@faegredrinker.com

*Attorneys for Defendant*
Dimension Credit (Cayman), L.P.

/s/ Nicole Strickler
Nicole Strickler
Katherine M. Saldanha Olson
MESSER STRICKLER BURNETTE, LTD.
142 W. Station Street
Barrington, IL 60010
Tel: (312) 334-3469
Fax: (212) 248-3141
Email: nstrickler@messerstrickler.com
Email: kolson@messerstrickler.com

*Attorneys for Defendant*
Kim Anderson

/s/ Nicole Marie St. Germain
Nicole Marie St. Germain
Saba Bazzazieh
Rosette, LLP
1415 L Street
Ste 450
Sacramento, CA 95814
916-353-1084
Fax: 480-889-8997
Email: nstgermain@rosettelaw.com

*Attorneys for Specially-Appearing Tribal Defendants*
Glenda Barber, Michelle Beaudin, Don Carley,
Lorraine Gouge, Lee Harden, Anoosh Motamedi,
Gary Clause, Tweed Shuman, Scott Soli, Trina Starr,
and Louis Taylor